IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and MONTANA ECOSYSTEM DEFENSE COUNSIL, <br><br> Plaintiffs, <br><br> vs. <br><br> LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, and BILL AVEY, Supervisor of the Helena-Lewis and Clark National Forest, <br><br> Defendants. | CV 17–77–M–DLC <br><br> ORDER |

In regards to the hearing scheduled for tomorrow, June 13, 2018, in this matter,

IT IS ORDERED that each party's argument shall be limited to 45 minutes, including any desired rebuttal, while *amici curiae* shall be allotted 15 minutes.

DATED this 12th day of June, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-